UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KING COUNTY; and KEVIN NTABO, an individual,<br><br>　　　　　　　　　Plaintiffs,<br>v.<br><br>WASHINGTON STATE CRIMINAL JUSTICE TRAINING COMMISSION, a state agency; and THE STATE OF WASHINGTON,<br><br>　　　　　　　　　Defendants. | No. 2:25-cv-02333-RSM<br><br>ORDER SETTING EXPEDITED BRIEFING SCHEDULE FOR PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION |

This matter comes before the Court on Plaintiffs' unopposed motion to set expedited briefing schedule for their motion for preliminary injunction. The Court GRANTS the motion and sets the following briefing schedule for Plaintiffs' motion for preliminary injunction, Dkt. # 6:

| Brief | Due Date |
|---|---|
| Defendants' response | December 2, 2025 |
| Plaintiffs' reply | December 9, 2025 |

Plaintiffs need not re-file their motion for preliminary injunction in light of their amended complaint, which is substantially identical to their initial complaint. The Court DIRECTS the Clerk

ORDER SETTING EXPEDITED BRIEFING
SCHEDULE FOR PLAINTIFFS' MOTION FOR
PRELIMINARY INJUNCTION - 1
No. 2:25-cv-02333-RSM

to re-note Plaintiffs' motion for preliminary injunction, Dkt. # 6, for December 9, 2025.

IT IS SO ORDERED.

DATED this 1st day of December, 2025.

_____
RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER SETTING EXPEDITED BRIEFING
SCHEDULE FOR PLAINTIFFS' MOTION FOR
PRELIMINARY INJUNCTION - 2
No. 2:25-cv-02333-RSM