UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KING COUNTY; and KEVIN NTABO, an individual,<br><br>                              Plaintiffs,<br><br>v.<br><br>WASHINGTON STATE CRIMINAL JUSTICE TRAINING COMMISSION, a state agency; and THE STATE OF WASHINGTON,<br><br>                              Defendants. | No. 2:25-cv-02333-RSM<br><br>STIPULATED MOTION AND ORDER TO EXTEND DISCOVERY DEADLINES |

Pursuant to LCR 7(d)(1) and LCR 10(g), Plaintiffs King County and Kevin Ntabo and Defendants the Washington State Criminal Justice Training Commission and the State of Washington (collectively, the "Parties") respectively move the Court to extend the following discovery deadlines:

| | Current Deadline | Extended Deadline |
|---|---|---|
| FRCP 26(f) Conference | February 20, 2026 | March 23, 2026 |
| Initial Disclosures Pursuant to FRCP 26(a)(1) | February 27, 2026 | March 30, 2026 |
| Combined Joint Status Report and Discovery Plan | March 6, 2026 | April 6, 2026 |

STIPULATED MOTION AND ORDER TO EXTEND
DISCOVERY DEADLINES - 1

In support of the foregoing request for relief, the Parties state as follows:

1.      Plaintiffs' motion for preliminary injunction, Dkt. # 6, remains pending.

2.      The Parties have jointly requested the extension of these deadlines two times and the Court has granted both extensions for good cause. Dkt. ## 25; 26.

3.      On January 30, 2026, Defendants provided the Court with an update on the status of Senate Bill 5068. Dkt # 27. The bill passed the Senate on January 21, 2026, had its first reading in the House on January 26, 2026, and was referred to the Community Safety Committee. *Id.* at 1.

4.      It is possible that if the bill is enacted into law, this case could be moot. The legislative session is expected to end on March 12, 2026. Dkt. # 16 at 8.

5.      The parties hereby stipulate that good cause exists for this "modest delay in proceeding with discovery," which could avoid "unnecessary motion practice, litigation costs, and a waste of judicial resources." *Ahern Rentals, Inc. v. EquipmentShare.com, Inc.*, 2020 WL 2216944, at *3 (E.D. Cal. May 7, 2020).

6.      Plaintiffs do not stipulate to any suggestion that the Court should defer ruling on their motion for preliminary injunction, Dkt. #6, until legislative proceedings regarding the bill have concluded.

I certify that this memorandum contains 292 words, in compliance with the Local Civil Rules.

//      //

//      //

STIPULATED MOTION AND ORDER TO EXTEND
DISCOVERY DEADLINES - 2

STIPULATED to this 18th day of February, 2026.

PACIFICA LAW GROUP LLP

_s/ Paul J. Lawrence_
Paul J. Lawrence, WSBA #13557
Jamie Lisagor, WSBA #39946
Kevin Kennedy, WSBA #55687
Eugene Lee, WSBA #61190

PACIFICA LAW GROUP LLP
401 Union Street, Suite 1600
Seattle, WA 98101
T: 206-245-1700
F: 206-245-1750
Paul.Lawrence@PacificaLawGroup.com
Jamie.Lisagor@PacificaLawGroup.com
Kevin.Kennedy@PacificaLawGroup.com
Eugene.Lee@PacificaLawGroup.com

_Attorneys for Plaintiffs King County and Kevin Ntabo_

NICHOLAS W. BROWN
Attorney General

_s/ Emma Grunberg_
EMMA GRUNBERG, WSBA #54659
KELLY A. PARADIS, WSBA #47175
Deputy Solicitors General
Solicitor General's Office
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
206-464-7744
emma.grunberg@atg.wa.gov
kelly.paradis@atg.wa.gov

_Counsel for State Defendants_

## **ORDER**

IT IS SO ORDERED.

DATED this day of 18th of February, 2026.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

STIPULATED MOTION AND ORDER TO EXTEND
DISCOVERY DEADLINES - 3